1 | KEVIN V. RYAN, CSBN 118321
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YUMIN HU, | ) |
| Plaintiff, | ) No. C 06-7445 JW |
| v. | ) |
| Alberto Gonzales Attorney General of the United States; Michael Chertoff, Secretary of the Department of Homeland Security; Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services; Robert Mueller, Director of the Federal Bureau of Investigations; Christina Poulos, Acting Director of the California Service Center, | ) **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |
| Defendants. | ) |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C 06-7445 JW

1  Date: February 5, 2007                      Respectfully submitted,

2                                              KEVIN V. RYAN
                                               United States Attorney
3

4
                                               _____/s/_____
5                                              ILA C. DEISS
                                               Assistant United States Attorney
6                                              Attorneys for Defendants

7

8
                                               _____/s/_____
9  Date: February 5, 2007                      TRICIA WANG
                                               Attorney for Plaintiff
10

11

12
                                **ORDER**
13
     Pursuant to stipulation, IT IS SO ORDERED.
14

15

16  Date:   2/7/2007            _____
                                JAMES WARE
17                              United States District Judge

Stipulation to Dismiss
C 06-7445 JW                                   2